AB:ADG

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

ANGELINA BARINI,

        Defendant.

- - - - - - - - - - - X

**TO BE FILED UNDER SEAL**

COMPLAINT AND AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT

(T. 21, U.S.C., § 846)

19-MJ-764

EASTERN DISTRICT OF NEW YORK, SS:

    JOSHUA FUTTER, being duly sworn, deposes and states that he is a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations ("HSI"), duly appointed according to law and acting as such.

    In or about and between July 2019 and August 2019, both dates being approximate and inclusive, within the Eastern District of New York, the defendant ANGELINA BARINI, together with others, did knowingly, intentionally and unlawfully conspire to distribute and possess with intent to distribute one or more substances containing fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841.

    (Title 21, United States Code, Section 846)

    The source of your deponent's information and the grounds for his belief are as follows:[1]

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and

2

1. I have been a Special Agent with the U.S. Department of Homeland Security, Homeland Security Investigations ("HSI") since April 2018. I am assigned to the NYC-JFK Border Enforcement Security Task Force (the "Task Force"), a joint law enforcement task force between HSI and other law enforcement agencies based at John F. Kennedy International Airport in Queens, New York. The Task Force focuses on narcotics smuggling and financial crimes occurring at and through the New York airports. I have been involved in the investigation of numerous cases involving the illegal importation and distribution of narcotics. I also have worked on numerous investigations involving narcotics overdoses.

2. Between approximately July and August 2019, law enforcement authorities, including HSI, have been investigating several lethal drug overdoses that have occurred in New York City hotel rooms. As described below, based on this investigation, law enforcement authorities have linked the defendant ANGELINA BARINI, who is a prostitute, to the deaths of at least three clients ("John Doe-1," "John Doe-2" and "John Doe-3," respectively). The investigation has also shown that BARINI has agreed with others, and has taken steps, to distribute narcotics to multiple clients. Conspirators have also occasionally taken the property of the victims once they are drugged and incapacitated.

3. On or about July 4, 2019, at approximately 11:00 a.m., the body of John Doe-1, whose identity is known to me, was found inside a hotel located in Astoria, Queens ("Premises-1"). Doe-1 was pronounced dead at approximately 11:35 a.m. Video surveillance footage from Premises-1 show a female, who appeared to be the defendant

---

circumstances of which I am aware.

ANGELINA BARINI, exit Premises-1 on July 4, 2019, at approximately 9:34 a.m. The Office of the Chief Medical Examiner stated that the cause of Doe-1's death was acute intoxication due to the combined effects of alcohol, methamphetamine, cocaine and fentanyl.

4. On or about July 11, 2019, John Doe-2, whose identity is known to me, was found dead in a motel located in Woodside, New York ("Premises-2"). Video surveillance recovered from Premises-2 shows Doe-2 and an individual who appeared to be the defendant ANGELINA BARINI enter Premises-2 on July 11, 2019. The Office of the Chief Medical Examiner issued a death certificate indicating that Doe-2 died as a result of fentanyl intoxication.

5. On or about August 21, 2019, John Doe-3, whose identity is known to me, was reported missing. Based on a New York City Police Department ("NYPD") investigation, on or about August 21, 2019, at approximately 8:30 p.m., law enforcement authorities arrived at the Kamway Lodge in Elmhurst, New York, Room 15 ("Premises-3") and knocked on the door. A female, later identified as the defendant ANGELINA BARINI, opened the door and quickly shut it. Law enforcement authorities heard what sounded like someone moving around in the room. Shortly after BARINI opened the door, law enforcement authorities smelled a strong odor consistent with the smell of a dead body and burning incense. BARINI stated in sum and substance and in part that she did not do it, her pimp made her do it and it was not her. In the corner of the room, law enforcement authorities noticed what appeared to be a garbage can with bed linens stuffed inside and what appeared to be a bare human foot sticking out of the bed linens.

4

6. Medical units entered Premises-3 and found the body of John Doe-3. Doe-3, who was 33 years old, was pronounced dead at approximately 10:19 p.m. The Office of the Chief Medical Examiner removed the body for examination. An external examination revealed no external trauma. The toxicology report is pending.

7. Law enforcement authorities observed in the room what appeared to be cellular telephones, clothing, a glass pipe commonly used to smoke drugs and an American Express credit card that was embossed with John Doe-3's name, among other items.

8. Based on video surveillance recovered from the Kamway Lodge, on or about August 18, 2019, at approximately 4:58 a.m., a female, who appears to be the defendant ANGELINA BARINI, entered the motel with a male matching the appearance of John Doe-3. Surveillance further showed both individuals enter Premises-3. The surveillance additionally showed that on the same date, at approximately 1:30 p.m., BARINI exited the room and went outside into an alleyway to retrieve a garbage can and then reentered Premises-3. Between August 18 and August 21, 2019, video surveillance showed individuals including BARINI entering and exiting Premises-3. However, it did not show Doe-3 leave the room.

9. Law enforcement authorities interviewed the defendant ANGELINA BARINI on or about August 21, 2019. BARINI was advised of her Miranda rights, indicated she understood them and chose to speak with law enforcement authorities. She stated in sum and substance and in part that: (1) she is a prostitute; (2) on or about August 18, 2019, she met a man from Italy and they went to Premises-3[2]; (3) the man from Italy paid her money in exchange for sex; (4) the man from Italy did not wake up and was bleeding from the nose and

---

[2] Doe-3 is a citizen of Italy.

5

mouth; (5) a pimp, ("Co-conspirator-1"), would not let her call the police; (6) the body was wrapped and placed in a garbage bag; and (7) other male individuals associated with Co-conspirator-1 came to the room to discuss whether to cut up the body. While BARINI initially denied that she or Co-conspirator-1 gave the male drugs, she later admitted that Co-conspirator-1 gave the male liquid ecstasy. BARINI eventually admitted that she would sometimes give clients drugs, which were provided by Co-conspirator-2, who supplied Co-conspirator-1.

      10. BARINI additionally made statements regarding John Doe-2. BARINI stated in sum and substance and in part that she did not know what narcotic she gave Doe-2, but that he took two to three "lines" of drugs that BARINI had received from Co-conspirator-2. BARINI further admitted that she told Doe-2 that the drug was cocaine.

      11. On or about August 23, 2019, law enforcement authorities searched Premises-3 pursuant to a search warrant issued by the Honorable Steven M. Gold, Magistrate Judge of the Eastern District of New York (19-MJ-763). Inside the room, among other items, law enforcement authorities recovered a purple liquid in a glass with powder at the top of the liquid and around the rim, glass pipes for smoking narcotics, bottles of bleach and bleach-covered towels, electronics, a power saw and an empty suitcase.

      12. It is respectfully requested that this Court issue an order sealing, until further order of the Court, all papers submitted in support of this application, including the affidavit and arrest warrant. I believe that sealing these documents is necessary to preserve the integrity of this ongoing criminal investigation. Based upon my training and experience, I have learned that criminals actively search for criminal affidavits and arrest warrants via the

6

Internet. Therefore, premature disclosure of this affidavit and related documents may seriously jeopardize the investigation, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence and change patterns of behavior.

   WHEREFORE, your deponent respectfully requests that the defendant ANGELINA BARINI be dealt with according to law.

_____
JOSHUA FUTTER
Special Agent
United States Department of Homeland Security,
Homeland Security Investigations

Sworn to before me this
23rd day of August, 2019

_____
THE HONORABLE STEVEN M. GOLD
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK