ADG

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------X

UNITED STATES OF AMERICA

- against -

ANGELINA BARINI,

Defendant.

------------------------X

PROPOSED ORDER

Case No. 19-764

Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Andrew D. Grubin, for an order unsealing the complaint and arrest warrant in the above-captioned matter because the defendant is scheduled to have her initial appearance today, August 26, 2019.

WHEREFORE, it is ordered that the complaint and arrest warrant in the above-captioned matter be unsealed.

Dated: Brooklyn, New York
       8/26, 2019

HONORABLE JAMES ORENSTEIN
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK